No. 95–157.  UNITED STATES *v.* ARMSTRONG ET AL.  C. A. 9th Cir.  [Certiorari granted, *ante,* p. 942.]  Motion of Washington Legal Foundation et al. for leave to file a brief as *amici curiae* granted.

No. 95–345.  UNITED STATES *v.* URSERY.  C. A. 6th Cir.  [Certiorari granted, *ante,* p. 1070.]  Motion for appointment of counsel granted, and it is ordered that Lawrence J. Emery, Esq., of Lansing, Mich., be appointed to serve as counsel for respondent in this case.

No. 95–388.  BROWN ET AL. *v.* PRO FOOTBALL, INC., DBA WASHINGTON REDSKINS, ET AL.  C. A. D. C. Cir.  [Certiorari granted, *ante,* p. 1021.]  Motions of Screen Actors Guild, Inc., et al. and National Hockey League Players Association et al. for leave to file briefs as *amici curiae* granted.  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 95–566.  MONTANA *v.* EGELHOFF.  Sup. Ct. Mont.  [Certiorari granted, *ante,* p. 1021.]  Motion of American Alliance for Rights and Responsibilities et al. for leave to file a brief as *amici curiae* granted.  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 95–754.  MEDTRONIC, INC. *v.* LOHR ET VIR; and

No. 95–886.  LOHR ET VIR *v.* MEDTRONIC, INC.  C. A. 11th Cir.  [Certiorari granted, *ante,* p. 1087.]  Motion of Medtronic, Inc., to dispense with printing the joint appendix granted.

No. 95–897.  AUER ET AL. *v.* ROBBINS ET AL.  C. A. 8th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 95–5257.  ORNELAS ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  [Certiorari granted, *ante,* p. 963.]  Motion of the Solicitor General for divided argument granted.

No. 95–7085.  GUESS *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO.  C. A. 6th Cir.; and